IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIEDLING VAUGHN KIMERY,**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 133741**

v.　　　　　　　**CASE NO: 4:23-cv-00803-JM-JTK**

**DEXTER PAYNE, et al.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE